```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA
```
        Defendant's sealing request is granted.  SO ORDERED.

*Loretta A. Preska*  12/28/2020

     -against-             Case: 17 Cr. 350-18 (LAP)

Andriy Petrushyn,           **DEFENDANT'S MOTION FOR LEAVE TO E-FILE UNDER SEAL**

        Defendant.
```
------------------------------X
```

        Pursuant to the Individual Practices Rules, and Local Rules for United States District Courts for the Southern and Eastern Districts of New York, Defendant Andriy Petrushyn, by and through his attorney Igor Litvak, Esq., moves this court for leave to file under seal his motion to modify his conditions of release.  The Proposed Sealed Documents are attached to this motion.  The main reason for this leave to file Defendant's motion under seal is to protect the confidential content of the motion from disclosure to the public.

        Accordingly, Defendant respectfully asks the Court to grant his request to file under seal his motion to modify his conditions of release.

Date: December 23, 2020

                Respectfully submitted,

                /s/ Igor Litvak
                _____

                Igor Litvak, Esq.
                The Litvak Law Firm, PLLC
                1733 Sheepshead Bay Rd., Suite 22

```
                              Brooklyn, NY 11235
                              Office: (718) 989-2908
                              E-Mail: Igor@LitvakLawNY.com

                              Attorneys for Andriy Petrushyn
```

CC: via email:

AUSA Andrew Caldwell Adams
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
Email: Andrew.Adams@usdoj.gov

AUSA Andrew Mark Thomas
U.S. Attorney's Office- SDNY
One Saint Andrew's Plaza
New York, NY 10007
Email: andrew.thomas2@usdoj.gov